### A89A1736. WILLIAMS v. JOHNSON.
(387 SE2d 51)

BANKE, Presiding Judge.

This is a dispossessory action, brought against the appellant by the appellee to recover possession of certain property which the latter had allegedly purchased at a foreclosure sale. The appellant failed to appear at the hearing, and the trial court consequently issued a writ of possession. The appellant asserts on appeal that the foreclosure sale on which the appellee's claim of ownership was based was unauthorized because she was under the protection of a bankruptcy stay at the time it occurred. *Held:*

1. The appellant has, to this date, failed to substantiate her contention regarding the bankruptcy stay. It is in fact apparent from a copy of a United States Bankruptcy Court order provided to us by the appellee that although the appellant filed a bankruptcy petition prior to the foreclosure sale, that petition was dismissed with prejudice before the sale occurred. Under these circumstances, there is no basis for a conclusion that the trial court lacked the legal authority to enter a writ of possession.

2. The appellee's motion for imposition of a penalty against the appellant pursuant to Rule 26 (b) of this court for filing a frivolous appeal is granted, and the lower court is hereby directed to enter judgment against the appellant in the amount of $200 upon return of the remittitur in the case. See *Butler v. First Family Mtg. Corp.,* 191 Ga. App. 360 (2) (381 SE2d 551) (1989). (Cert. denied.)

*Judgment affirmed with direction. Sognier and Pope, JJ., concur.*

DECIDED OCTOBER 6, 1989.

*Thomas L. Bingley,* for appellant.
*Mark Weber, Karen F. Horner,* for appellee.